UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

Eastern District of Kentucky
**FILED**
SEP 12 2017
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

JOHNNY R. PHILLIPS,　　　　　　)
　　　　　　　　　　　　　　　　)
　　Petitioner,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　) Civil Action No. 13-22-ART
　　　　　　　　　　　　　　　　)
AARON SMITH, Warden,　　　　　　) **RENEWED MOTION FOR THE**
　　　　　　　　　　　　　　　　) **APPOINTMENT OF COUNSEL IN**
　　Respondent.　　　　　　　　　) **RESPONSE TO AUGUST 25, 2017**
　　　　　　　　　　　　　　　　) **ORDER OF THE COURT**

\*\*\* \*\*\*　\*\*\* \*\*\*

　　Comes the pro se Petitioner, Johnny R. Phillips, and hereby makes a Reply to this Honorable Court's August 25, 2017 Order.

　　Attached hereto, as "Exhibit A," is the required CJA Form 23, received by Petitioner this the 30th day of August, 2017 via inmate legal mail. Petitioner has completed the form as directed by the Honorable Court Clerk.

　　However, Petitioner would like to respectfully request that, this Honorable Court appoint the previously appointed counsel, Honorable Gregory A. Ousley whom, is currently involved in the case, due to Honorable Amul R. Thapar's previous appointment. Mr. Ousley is currently up to speed, and has already requested the Court schedule the evidentiary hearing as soon as possible, within his July 5, 2017 Reply to Respondent's Response. Id. @ Doc # 95 P.1.

Page 1 of 2

Accordingly, allowing the continued appointment of Honorable Ousley, would aid in the timely resolution of this matter in accord with Rule 8 of the Rules Governing Section 2254 Cases. Honorable Ousley has been given adequate time to investigate and prepare, and has anounced ready as evidenced in his request for the hearing to be scheduled as soon as possible, as outlined above.

WHEREFORE, Petitioner respectfully request's that the Court continue his appointment and set the hearing as soon as possible.

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I mailed the foregoing to the Honorable Clerk of the Eastern District of Kentucky, at London, P.O. Box 5121, London, Ky 40745-5121, Postage pre-paid, via the inmate prison legal mail system, for filing upon receipt and considered by the Court at the earliest convenience possible.

_____
Johnny R. Phillips, #231504
Honor Dorm 5-BL-2L
Kentucky State Reformatory
3001 W Hwy 146
LaGrange, Ky 40032